## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: FOGT, Thomas Warren & Cynthia Jane Fogt )
                                            )     Case No. 10-10830-NLJ
                                            )     Chapter 7

### PAYMENT OF FUNDS TO THE CLERK
### PURSUANT TO BANKRUPTCY RULE 3010

      Robert D. Garrett, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

      The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CHECK NUMBER | CLAIMANT & ADDRESS | AMOUNT |
|---|---|---|---|
| 3-1 | 109 | OU Physicians<br>700 N E 13th Street<br>Oklahoma City, OK 73101 | $1.46 |
| 4-1 | 109 | American Infosource LP as Agent for Integras<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $4.40 |
| 6-1 | 109 | American Infosource LP as Agent for Integras<br>Same address as above | $3.21 |
| 8-1 | 109 | American Infosource LP as Agent for<br>Asset Acceptance as Assignee of Sprint<br>Same address as above | $3.96 |
| | **TOTAL** | $13.03 | |

DATED: June 8, 2011

                     s/Robert D Garrett
                     Robert D. Garrett, Trustee
                     PO Box 32427
                     Oklahoma City, OK 73123-0627
                     405-722-4335